*Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wanamaker, Appellant.

Argued September 12, 1966. *Sol Henry Kitei,* for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Victor J. DiNubile, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Watson, Appellant.

Submitted September 12, 1966. *James Stewart Watson,* appellant, in propria persona; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Watson, Appellant.

Submitted September 12, 1966. *John R. Watson,* appellant, in propria persona; *Charles C. D. Lundy* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., dissents because appellant did not intelligently and understandingly waive his right to counsel.

## Commonwealth *v.* Willey, Appellant.

Argued September 12, 1966. *Victor Dell'Alba,* for appellant; *John T. Miller,* First Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

## Commonwealth *v.* Williams, Appellant.

Argued September 13, 1966. *John W. Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Stanley M. Shingles* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and